UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN | : CASE NO. 3:02-CV-1523 (CFD) |
| V. | : |
| JOHN CASCIO and MICHAEL D'AMATO | : OCTOBER 20, 2003 |

### FIRST MOTION FOR ENLARGEMENT (UNOPPOSED)

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions. The order sets forth that discovery will be completed by November 1, 2003.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Following the status conference held on September 30, 2002, the undersigned counsel commenced jury selection in Pepe & Hazard, LLP v. Jones, Docket No. X02-CV-

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 10-20-03.DOC