FILED

2003 NOV 20 P 3: 16

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RANDALL C. HOLMAN            :

VS.                          : NO. 3:02CV1523(CFD)

JOHN CASCIO and              :
MICHAEL D'AMATO              : NOVEMBER 18, 2003

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b) the plaintiff, Randall C. Holman, respectfully requests an extension of time of sixty (60) days, up to and including February 17, 2004, to comply with defendants' interrogatories and requests for production dated November 12, 2003.

In support of this motion, the plaintiff represents as follows:

1. He was served with defendants' interrogatories and requests for production on or about November 14, 2003.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendants' attorney was contacted by this office and represents that he has no objection to a 45-day extension of time but objects to a 60-day extension of time to respond.

4.  This is the plaintiff's first request for an extension of time to respond to defendants' interrogatories and requests for production.

5.  No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the court grant this motion for the reasons stated above.

    THE PLAINTIFF

BY /s/ John R. Williams
John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on November 19, 2003, to the following counsel of record:

Hugh F. Keefe, Esq.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

John R. Williams