FILED

2003 NOV 20 P 3: 16

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RANDALL C. HOLMAN                          :

VS.                                        : NO. 3:02CV1523(CFD)

JOHN CASCIO and                            :
MICHAEL D'AMATO                            : NOVEMBER 18, 2003

<u>PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION</u>

Pursuant to Local Rule 7(b) the plaintiff, Randall C. Holman,

respectfully requests an extension of time of sixty (60) days, up to and

including February 17, 2004, to comply with defendants' interrogatories

and requests for production dated November 12, 2003.

In support of this motion, the plaintiff represents as follows:

1.   He was served with defendants' interrogatories and requests for

production on or about November 14, 2003.

2.     Counsel is in the process of ascertaining responses to such

requests and needs the additional time to comply with defendants'

requests.

3.     Defendants' attorney was contacted by this office and

represents that he has no objection to a 45-day extension of time but

objects to a 60-day extension of time to respond.



GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT