(Rev. 2/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

RANDALL C. HOLMAN

V.

JOHN CASCIO and MICHAEL D'AMATO

CASE NUMBER: **3:02 CV 1523 (CFD)**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for both defendants, John Cascio and Michael D'Amato.

| | |
|---|---|
| February 2, 2004 | Hugh F. Keefe |
| Date | Signature |
| Ct05106 | Hugh F. Keefe |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

W:\East Haven\Holman, Randall\Federal Appearance HFK.doc