UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN | : CASE NO. 3:02-CV-1523(CFD) |
| V. | : |
| JOHN CASCIO and MICHAEL D'AMATO | : FEBRUARY 3, 2004 |

### REVISED SECOND MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants hereby move for an enlargement of time as to the current scheduling order. The Defendants previously filed this motion on Jan. 23, 2004. However, it was returned because the undersigned did not have an appearance in the file. The undersigned, who inadvertently failed to file such previously, has now filed his appearance and respectfully requests that the Court hear this motion.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Since the time this Court granted the defendants' first motion for enlargement, the undersigned was on trial in the matter of State v. Brian Sullivan, Docket No. FBT CR

00-496678, until October, 2003. Thereafter, the undersigned was on trial in <u>State v. Edman</u>, Docket Nos. CR 010199587 S and CR 02 0200492 S, in New Britain Superior Court; <u>State v. Hine</u>, Docket Nos. AAN CR 02 120623-T and AAN MV 02291863-T, in Milford Superior Court; and <u>Romannacci v. Town of East Haven</u>, Docket No. CV 00 0435981 S, in New Haven Superior Court. Currently, the undersigned is involved in a preliminary injunction hearing in the complex litigation matter <u>Herbsaway Laboratories, LLC v. Zhoe, et al.</u>, Docket No. X03 CV 01 0512689 S, in New Britain. Preparation and representation at said trials and hearing required extensive time and the undersigned was unable to complete the depositions necessary to properly defend the above-captioned matter.

In addition, the undersigned intended to depose the Plaintiff on Jan. 6, 2004. However, at that time, the Plaintiff had not provided his responses to written discovery and had obtained an extension of time to submit such until Feb. 16, 2004 (subsequent to the current discovery deadline). Rather than begin the deposition and leave it open for a continuation of such following receipt of the written discovery, the undersigned re-noticed the Plaintiff's deposition subsequent to receipt of his discovery responses – specifically, Feb. 26, 2004.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\REVISED MOTION FOR ENLARGMENT 2-04.DOC

As such, the undersigned respectfully requests an additional sixty (60) days in which to complete discovery, including the plaintiff's deposition, which is necessary to the disposition of this case. All discovery, including the depositions of Plaintiff's experts, shall be completed by April 1, 2004. The disclosure of the Defendant's experts, if any, shall be provided by March 1, 2004. Dispositive motions shall be filed on or before May 1, 2004. A damage analysis will be provided by March 1, 2004. A joint trial memorandum shall be filed by June 1, 2004, or thirty days after this Court rules on any summary judgment motion filed by the Defendants, whichever is later. The case shall be ready for trial in July, 2004.

The undersigned represents that this is the second such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\REVISED MOTION FOR ENLARGMENT 2-04.DOC

THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on February 4, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\REVISED MOTION FOR ENLARGMENT 2-04.DOC