UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN | : CASE NO. 3:02-CV-1523(CFD) |
| V. | : |
| JOHN CASCIO and MICHAEL D'AMATO | : FEBRUARY 3, 2004 |

**REVISED SECOND MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)**

The Defendants hereby move for an enlargement of time as to the current scheduling order. The Defendants previously filed this motion on Jan. 23, 2004. However, it was returned because the undersigned did not have an appearance in the file. The undersigned, who inadvertently failed to file such previously, has now filed his appearance and respectfully requests that the Court hear this motion.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties. Neither the plaintiff nor the defendants have been deposed.

Since the time this Court granted the defendants' first motion for enlargement, the undersigned was on trial in the matter of State v. Brian Sullivan, Docket No. FBT CR

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 2/11/04

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\REVISED MOTION FOR ENLARGMENT 2-04.DOC