UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| V. | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | MARCH 16, 2004 |

### THIRD MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties.

Since the time this Court granted the defendants' second motion for enlargement, the undersigned has been involved in a preliminary injunction hearing in the complex litigation matter <u>Herbsaway Laboratories, LLC v. Zhoe, et al.</u>, Docket No. X03 CV 01 0512689 S, in New Britain. Preparation and representation at said hearing required extensive time. To date, the Defendants served written discovery to which the

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 3-04.DOC

Plaintiff partially complied.[1]  The Defendants deposed the Plaintiff and his wife on March 11, 2004.  Based on such testimony, the Defendants would like to depose other witnesses to the event in question.  Therefore, the undersigned respectfully requests time to complete the depositions necessary to properly defend the above-captioned matter.

Herein, the undersigned requests an additional forty-five (45) days in which to complete discovery, which is necessary to the disposition of this case.  All discovery, including the depositions of Plaintiff's experts, shall be completed by May 17, 2004.  The disclosure of the Defendant's experts, if any, shall be provided by April 15, 2004.  Dispositive motions shall be filed on or before June 15, 2004.  A damage analysis will be provided by April 15, 2004.  A joint trial memorandum shall be filed by July 15, 2004, or thirty days after this Court rules on any summary judgment motion filed by the Defendants, whichever is later.  The case shall be ready for trial in August, 2004.

The undersigned represents that this is the third such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order.

---

[1] Plaintiff's counsel represented on March 11, 2004 that she was in process of gathering documents requested by the Defendants and would be providing such to defense counsel in the near future.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 3-04.DOC

In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

        THE DEFENDANTS
        JOHN CASCIO and MICHAEL D'AMATO

BY: _____
     HUGH F. KEEFE, ESQ.
     52 Trumbull Street,
     P.O. Box 1612
     New Haven, CT 06596
     (203) 787-0275
     Federal Bar No. CT05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on March 16, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
     Hugh F. Keefe, Esq.

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 3-04.DOC