FILED

2004 MAR 17 P 12:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN | : CASE NO. 3:02-CV-1523(CFD) |
| V. | : |
| JOHN CASCIO and MICHAEL D'AMATO | : MARCH 16, 2004 |

### THIRD MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants hereby move for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to completion of discovery and the filing of dispositive motions.

For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time. At this time, discovery has not yet been completed due to the trial schedule of counsel for both parties.

Since the time this Court granted the defendants' second motion for enlargement, the undersigned has been involved in a preliminary injunction hearing in the complex litigation matter <u>Herbsaway Laboratories, LLC v. Zhoe, et al.</u>, Docket No. X03 CV 01 0512689 S, in New Britain. Preparation and representation at said hearing required extensive time. To date, the Defendants served written discovery to which the

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/31/04

FILED
2004 MAR 31 P 3:06
U.S. DISTRICT COURT
HARTFORD, CT

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 3-04.DOC