UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | JUNE 8, 2004 |

### MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendants, John Cascio and Michael D'Amato, hereby move for an enlargement of time as to the current scheduling order, which requires the filing of dispositive motions by June 15, 2004. Here, the undersigned respectfully requests a 45-day extension for the filing of dispositive motions. Specifically, dispositive motions will be due on July 30, 2004. As explained herein, good cause exists for the extension of time.

Since the expiration of the discovery phase of this litigation, the undersigned has been involved in a preliminary injunction hearing in the complex litigation matter Herbsaway Laboratories, LLC v. Zhoe, et al., Docket No. X03 CV 01 0512689 S, in New Britain. In addition, the undersigned is currently on trial in the matter Snowden v. McCarthy, Case No. 3:02-CV-1503 (AHN), in the U.S. District Court of Connecticut in

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 6-04.DOC

Bridgeport.  Lastly, the undersigned is involved in preparing an appellate brief in the matter <u>Edman v. State of Connecticut</u>, A.C. 25033.  Said brief is due with the Connecticut Appellate Court on June 21, 2004.  Preparation of the appellate brief and representation at said trials required extensive time.  As such, the undersigned has been unable to complete the necessary research and prepare the dispositive motion he intends to file in this matter.

    The undersigned represents that this is the first request submitted by his office requesting an enlargement of time regarding dispositive motions.  Three previous requests were filed in regards to the discovery deadline.  Lastly, with respect to the present request, the undersigned represents that opposing counsel has no objection.

    THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO


BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 6-04.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on June 8, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

                                                    Hugh F. Keefe, Esq.

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGMENT 6-04.DOC