UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | JULY 30, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants hereby move for summary judgment in their favor on the Plaintiff's Complaint dated August 23, 2002. There are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law. A Memorandum of Law in support of this motion and the Defendants Local Rule 56(a)(1) Statement are filed herewith.

        RESPECTFULLY SUBMITTED,
        THE DEFENDANTS
        JOHN CASCIO and MICHAEL D'AMATO

BY: _____
        HUGH F. KEEFE, ESQ.
        52 Trumbull Street,
        P.O. Box 1612
        New Haven, CT 06596
        (203) 787-0275
        Federal Bar No. CT05106

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR SUMMARY JUDGMENT 7-30-04.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on July 30, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

                                              Hugh F. Keefe, Esq.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR SUMMARY JUDGMENT 7-30-04.DOC