UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | JULY 30, 2004 |

### DEFENDANTS' LOCAL RULE 56(a)(1) STATEMENT

Pursuant to Federal Rule Civil Procedure 56(c) and District of Connecticut Local Rule 56(a)(1), the Defendants submit the following Statement of Facts Not In Dispute in support of their Motion for Summary Judgment and Memorandum of Law in support thereof dated July 30, 2004.

1. Plaintiff was arrested by the Defendants on October 29, 1997 for breach of peace, criminal trespass in the first degree, and interfering with an officer. [Deposition Transcript of Randall Holman dated March 11, 2004, attached hereto, (hereinafter "Plaintiff's Depo."), pg. 61, lines 11-23 and pg. 112, lines 15-20; Complaint, ¶7.)

2. The criminal charges referenced in No. 1 were ultimately nolled by an Assistant State's Attorney in Connecticut Superior Court. (Plaintiff's Depo. pg. 187, lines 15-19; Complaint, ¶11).

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\LOCAL RULE 56 STATEMENT 7-30-04.DOC

3. The plaintiff's lawsuit here against the defendants, Officer Cascio and Officer D'Amato, solely relates to the plaintiff's arrest on October 29, 1997. (Plaintiff's Depo. pg. 60, lines 10-17.)

        RESPECTFULLY SUBMITTED,
        THE DEFENDANTS
        JOHN CASCIO and MICHAEL D'AMATO

BY: _____
        HUGH F. KEEFE, ESQ.
        52 Trumbull Street,
        P.O. Box 1612
        New Haven, CT 06596
        (203) 787-0275
        Federal Bar No. CT05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on July 30, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

        _____
        Hugh F. Keefe, Esq.

2

Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   p.o. box 1612   New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278

W:\East Haven\Holman, Randall\Local Rule 56 Statement 7-30-04.doc