UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | |
| | : | |
| VS. | : | NO. 3:02CV1523 (CFD) |
| | : | |
| JOHN CASCIO and | : | |
| MICHAEL D'AMATO | : | AUGUST 5, 2004 |

**PLAINTIFF'S LOCAL RULE 56 STATEMENT**

*PLAINTIFF'S RESPONSES TO DEFENDANTS' CLAIMS OF FACT:*

   1. Agree.

   2. Agree.

   3. Disagree in part.  The claim of false arrest relates to the arrest on October 29, 1997.  The claim of malicious prosecution relates to the subsequent filing of a report concerning that arrest.  (Complaint).

*PLAINTIFF'S CLAIMS OF FACT:*

   1. The complaint in this action makes the following pertinent allegations:

On October 29, 1997, at Laurelwoods Nursing Home, 451 North High Street, East Haven, Connecticut, the defendants falsely arrested the plaintiff on charges of breach of peace, criminal trespass in the first degree and interfering with police.  The said arrest was made without a warrant.

On November 4, 1997, the defendant Cascio, with the knowledge and assistance of defendant D'Amato, prepared a written report regarding the arrest of the plaintiff on October 29, 1997, and alleging the events which the

defendants claimed had led to that arrest. This report was prepared for the specific purpose of being forwarded to the prosecuting attorneys of the Connecticut Superior Court and thereby initiating and maintaining the criminal prosecution of the plaintiff on the aforesaid charges.

The said report was false in all material respects and maliciously attempted to make it appear that the plaintiff had committed the aforesaid crimes while in fact the defendants knew that the plaintiff was innocent of those crimes and indeed had not committed any crime at all.

As a result, the plaintiff was prosecuted for a period of almost three years in the Superior Court for Geographical Area Eight at New Haven. The plaintiff was required to hire attorneys to defend himself on the said false charges and to appear in court many times as an accused criminal, and he suffered both economic loss and severe emotional distress.

In early October of 2000, all of the aforesaid false criminal charges were nolled by an Assistant State's Attorney in the Superior Court at New Haven.

(Complaint)

THE PLAINTIFF

BY_____
John R. Williams (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION

\_\_\_\_\_This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on the date above stated, to the following counsel of record:

Hugh F. Keefe, Esq.
52 Trumbull Street
New Haven, CT 06510

                                        _____
                                        John R. Williams