UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | AUGUST 13, 2004 |

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE REPLY BRIEF (UNOPPOSED)

The Defendants hereby move for an enlargement of time to file a reply brief to

Plaintiff's Brief in Opposition to Motion for Summary Judgment dated August 5, 2004.

Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Defendants, if they

choose to file a reply brief, are required to file such within 10 days of the filing of

Plaintiff's oppositional brief.  As such, the Defendants' reply brief is currently due by

August 16, 2004.

At this time, the Defendants intend to file a reply brief and respectfully request a

thirty (30) day extension of time, or until September 15, 2004, in which to file such.  The

Defendants represent that good cause exists for an extension of time.  Over the last few

weeks, the undersigned has been out of state for both personal and business reasons.

He is also currently preparing for several trials scheduled to begin in September and

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 8-13-04.DOC

early October.  Specifically, he is scheduled to begin trial in <u>Matrix Associates v. Light Sources, Inc.</u>, Docket No. CV-02-0078794-S, <u>State of Connecticut v. Jonathan Prete</u>, MV 03 10422 and CR 03 15798, and <u>Delvecchio v. Town of East Haven</u>, Docket No. CV 02 0459710 S.  In addition, he is scheduled for a hearing on August 31, 2004 in the Complex Litigation matter of <u>Herbsaway Laboratories, Inc. v. James H. Zhou, et al.</u>, Docket No. X03-CV-01-0512689-S.  Preparation for said trials and hearing will take extensive time. Therefore, the undersigned will not be able to prepare the reply brief in this matter by August 16, 2004.

The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time to file the reply brief.  In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

Lynch, Traub, Keefe and Errante, p. c.  Attorneys at Law
52 Trumbull Street   P.O. box 1612   New Haven, Connecticut 06506-1612
Telephone (203) 787-0275   Facsimile (203) 782-0278

W:\East Haven\Holman, Randall\Motion for Enlargement 8-13-04.doc

THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO


BY:     _____

       HUGH F. KEEFE, ESQ.
       52 Trumbull Street,
       P.O. Box 1612
       New Haven, CT 06596
       (203) 787-0275
       Federal Bar No. CT05106

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on August 13, 2004 to all

counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215


       _____

       Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\East Haven\Holman, Randall\Motion for Enlargement 8-13-04.doc