UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| V. | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | SEPTEMBER 15, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE REPLY BRIEF (UNOPPOSED)**

The Defendants hereby move for an enlargement of time to file a reply brief to Plaintiff's Brief in Opposition to Motion for Summary Judgment dated August 5, 2004. The Defendants' reply brief is currently due by September 15, 2004.

At this time, the Defendants intend to file a reply brief and respectfully request a one-week extension of time, or until September 22, 2004, in which to file such.  The Defendants represent that good cause exists for this brief extension of time.  Over the last few weeks, the undersigned has spent extensive time responding and preparing discovery in two possible class action lawsuits.  Specifically, the undersigned represents Peter Ellef in two civil actions, Town of West Hartford v. Wright, et al., Docket No. X02 CV03 0184346 S, and Town of New Hartford v. Rowland, et al., Docket No. CV 04 0184982 S (X02), (both pending in Waterbury Superior Court on the Complex Litigation

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 9-15-04.DOC

Docket).  The plaintiffs in both actions are moving for class certification, thereby causing extensive discovery and research regarding class certification issues.  In addition, the undersigned is preparing a trial memorandum in <u>Doe v. East Haven Board of Education</u>, Case No. 3:02 CV 00780 (CFD), currently pending with this Court, which is due today.  Lastly, the undersigned is also currently preparing for several trials scheduled to begin in early October.  Specifically, he is scheduled to begin trial in <u>State of Connecticut v. Jonathan Prete</u>, MV 03 10422 and CR 03 15798, and <u>Delvecchio v. Town of East Haven</u>, Docket No. CV 02 0459710 S.  Accordingly, the undersigned will not be able to prepare the reply brief in this matter by September 15, 2004.  However, the reply brief can be prepared by September 22, 2004.

The undersigned represents that this is the second request submitted by his office in this matter requesting an enlargement of time to file the reply brief.  In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 9-15-04.DOC

        THE DEFENDANTS
        JOHN CASCIO and MICHAEL D'AMATO


    BY:  _____
        HUGH F. KEEFE, ESQ.
        52 Trumbull Street,
        P.O. Box 1612
        New Haven, CT 06596
        (203) 787-0275
        Federal Bar No. CT05106


### CERTIFICATION

  I hereby certify that a copy of the above was mailed on September 15, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215


        _____
        Hugh F. Keefe, Esq.

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 9-15-04.DOC