UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | |
| | : | |
| VS. | : | NO. 3:02CV01523(CFD) |
| | : | |
| JOHN CASCIO, ET AL. | : | |
| | : | JANUARY 3, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests permission to withdraw as counsel for the plaintiff in this case. In support hereof, the undersigned represents as follows:

1. I am leaving the firm Williams and Pattis effective January 10, 2005.

2. John R. Williams will continue to represent the plaintiff in this matter.

3. There is no prejudice to the defendant by Attorney Pattis's withdrawal from this action.

THE PLAINTIFF

BY:_____
NORMAN A. PATTIS
Federal Bar No. ct13120
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: napatty1@aol.com
His Attorney

## **CERTIFICATION OF SERVICE**

On the date above stated, copies hereof were mailed to:

Hugh F. Keefe
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

                                                                                                                            _____
                                                                                                                            NORMAN A. PATTIS