*FILED 2005 AUG 30 A 8:16 U.S. DISTRICT COURT HARTFORD, CT.*

*USDJ 8/29/05*

*Denied. So ordered.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| V. | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | SEPTEMBER 22, 2004 |

## DEFENDANTS' MOTION TO STRIKE

The Defendants hereby move to strike the Plaintiff's Claims of Fact dated August 5, 2004 as such is an improper repetition of the allegations raised in the Plaintiff's Complaint dated August 23, 2002.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

*2004 SEP 22 P 3:58*

1