

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN | : CASE NO. 3:02-CV-1523(CFD) |
| V. | : |
| JOHN CASCIO and MICHAEL D'AMATO | : SEPTEMBER 27, 2005 |

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE JOINT TRIAL MEMORANDUM (UNOPPOSED)

The Defendants hereby move for an enlargement of time to file a Joint Trial Memorandum ("Trial Memo") in this matter. The Trial Memo is currently due by August 29, 2005. For the reasons that will be explained herein, the Defendants represent that good cause exists for an extension of time.

At this time, the undersigned is preparing for a complex criminal trial scheduled to start next month before the Honorable Peter C. Dorsey in the matter U.S. v. Peter Ellef, et al., Docket No. 3:04 CR 00284(PCD). Preparation for said trial is taking and will continue to take extensive time. Therefore, the undersigned will not be able to prepare the defendants' portion of the joint trial memorandum in this matter by August 29, 2005.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 9-27-05.DOC

Accordingly, the undersigned respectfully requests an additional sixty (60) days in which to complete the Trial Memo. The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time to file the joint trial memorandum. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 9-27-05.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on September 27, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Hugh F. Keefe, Esq.

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 9-27-05.DOC