UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDALL C. HOLMAN                    :   CASE NO. 3:02-CV-1523(CFD)
                                     :
V.                                   :
                                     :
JOHN CASCIO and MICHAEL D'AMATO      :   NOVEMBER 21, 2005

### SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT TRIAL MEMORANDUM (UNOPPOSED)

The Defendants hereby move for a two-week enlargement of time to file a Joint Trial Memorandum ("Trial Memo") in this matter. The Trial Memo is currently due on November 29, 2005. For the reasons that will be explained herein, the Defendants represent that good cause exists for an additional two-week extension of time.

At this time, the undersigned is currently on trial in the matter Mazurek v. Town of East Haven, Docket No. NNH-CV-99-0433623-S. Preparation and representation at said trial has required extensive time and the undersigned will be unable to complete the Trial Memo by November 29, 2005.

Accordingly, the undersigned respectfully requests an additional two weeks in which to complete the Trial Memo. The undersigned represents that this is the second request submitted by his office in this matter requesting an enlargement of time to file

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 11-21-05.DOC

the joint trial memorandum. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on November 21, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 11-21-05.DOC