UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | DECEMBER 12, 2005 |

**THIRD MOTION FOR ENLARGEMENT OF TIME
TO FILE JOINT TRIAL MEMORANDUM (UNOPPOSED)**

The Defendants hereby move for a one-week enlargement of time to file a Joint Trial Memorandum ("Trial Memo") in this matter.  The Trial Memo is currently due on December 13, 2005.  For the reasons that will be explained herein, the Defendants represent that good cause exists for an additional one-week extension of time.

Defense counsel intended to complete the defendants' portion of the Trial Memo by the current due date.  However, counsel assisting the undersigned with this matter unexpectedly had to travel out of state for a family death.  The time lost due to the out-of-state travel has made the undersigned unable to complete the Trial Memo by December 13, 2005.

Accordingly, the undersigned respectfully requests an additional one week in which to complete the Trial Memo.  The undersigned represents that this is the third

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 12-9-05.DOC

request submitted by his office in this matter requesting an enlargement of time to file the joint trial memorandum.  In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

            THE DEFENDANTS
            JOHN CASCIO and MICHAEL D'AMATO


          BY: _____
            HUGH F. KEEFE, ESQ.
            52 Trumbull Street,
            P.O. Box 1612
            New Haven, CT 06596
            (203) 787-0275
            Federal Bar No. CT05106


### **CERTIFICATION**

  I hereby certify that a copy of the above was mailed on December 12, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215


            _____
            Hugh F. Keefe, Esq.

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT 12-9-05.DOC