UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | OCTOBER 25, 2006 |

**MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)
TO FILE REVISED JOINT TRIAL MEMORANDUM**

The Defendants, John Cascio and Michael D'Amato, hereby move for an enlargement of time as to this Court's September 14, 2006 order requiring the parties to file a revised trial memorandum by October 27, 2006. The undersigned respectfully requests a one-week extension until November 3, 2006 to file said memorandum. As explained herein, good cause exists for the extension of time.

Over the last month, the undersigned has been on trial in Hartford Superior Court in the matter State v. Robert Murtha, Docket No. HHD-CR-03-568598-T, which concluded on October 19, 2006. Thereafter, the undersigned was scheduled to begin trial on October 26, 2006 in the matter Dellavalle v. D.C. Moore School, et al., Docket

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT RE REV J MEMO 10-25-06.DOC

No. NNI-CV-00-0272084-S, in Meriden Superior Court.[1]  Preparation for and involvement in said cases required extensive time.  Defense counsel was also required to file a brief in support of a motion to dismiss in the matter Balsamo v. East Haven Board of Education, et al., Docket No. 3:06-CV-01325(JCH), by October 26, 2006, which has taken extensive time to research and prepare.  Lastly, counsel assisting the undersigned in this matter will be out of state on October 26-27, 2006.  As such, the undersigned will be unable to complete the revised joint trial memorandum by October 27, 2006.  The brief one-week extension will allow counsel to complete the memorandum and coordinate with opposing counsel.

The undersigned represents that this is the first request submitted by his office requesting an enlargement of time regarding this Courts September 14, 2006 order.  With respect to the present request, the undersigned represents that opposing counsel has no objection.

---

[1] On October 20, 2006, the Dellavalle trial was canceled and postponed until after January 30, 2007. The undersigned and counsel assisting the undersigned prepared up

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT RE REV J MEMO 10-25-06.DOC

until that point to go to trial on October 26th.

THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

### CERTIFICATION

I hereby certify that a copy of the above was mailed on October 25, 2006 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\MOTION FOR ENLARGEMENT RE REV J MEMO 10-25-06.DOC