UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | JANUARY 9, 2007 |

### DEFENDANTS' MOTION IN LIMINE

The Defendants, John Cascio and Michael D'Amato, respectfully move to preclude the introduction of any photographs of the plaintiff on the grounds that such photographs are irrelevant and prejudicial. A memorandum of law in support of this motion is being filed herewith.

> RESPECTFULLY SUBMITTED,
> THE DEFENDANTS
> JOHN CASCIO and MICHAEL D'AMATO
>
> BY: _____
> HUGH F. KEEFE, ESQ.
> 52 Trumbull Street,
> P.O. Box 1612
> New Haven, CT 06596
> (203) 787-0275
> Federal Bar No. CT05106

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\MOTION IN LIMINE 1-07.DOC

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on January 9, 2007 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\MOTION IN LIMINE 1-07.DOC