UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | CASE NO. 3:02-CV-1523(CFD) |
| | : | |
| V. | : | |
| | : | |
| JOHN CASCIO and MICHAEL D'AMATO | : | JANUARY 9, 2007 |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE

The Defendants, John Cascio and Michael D'Amato, hereby submit this memorandum of law in support of their Motion in Limine dated January 9, 2007.

**I.   FACTS**

On October 29, 1997, the plaintiff, Randall Holman, was arrested by the defendants, Officer John Cascio and Officer Michael D'Amato, for breach of peace, criminal trespass in the first degree, and interfering with an officer. Officer Cascio then prepared a written report regarding the circumstances surrounding the plaintiff's arrest. Thereafter, the three criminal charges were nolled by an Assistant State's Attorney in the Connecticut Superior Court. On August 23, 2002, the plaintiff brought this action pursuant to 28 U.S.C. §1983 for false arrest and malicious prosecution.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\MOTION IN LIMINE MEMO OF LAW 1-07.DOC

## II. LEGAL STANDARD

Relevant evidence is that evidence "having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed.R.Civ.P. 401. Evidence that is not relevant is inadmissible. Fed.R.Civ.P. 402. Moreover, even if evidence may be relevant, such evidence may still be excluded if the prejudicial effect of that evidence outweighs its probative value. Fed.R.Civ.P. 403. The trial court has the discretion to exclude relevant evidence on the basis of unfair prejudice.

## III. LEGAL ARGUMENT

The Plaintiff has identified photographs of himself taken near the time of his arrest as possible exhibits in this matter. Clearly, such evidence is irrelevant to his false arrest and malicious prosecution claims and prejudicial to the defendants. Rules 401-403 make it clear that evidence is to be admitted if it has "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence, so long as its probative value is not substantially outweighed by the danger of unfair prejudice, confusion of the issues or misleading of the jury, or by considerations of undue delay, waste of time

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\MOTION IN LIMINE MEMO OF LAW 1-07.DOC

or needless presentation of cumulative evidence." Papizzo v. O. Robertson Transport, Ltd., 401 F.Supp. 540, 542 (D.Mich. 1975). See also Conway v. Icahn & Co., Inc., 16 F.3d 504, 511 (2d Cir. 1994). Here, the focus of the Plaintiff's claims is whether probable cause existed for the plaintiff's arrest and prosecution. The photographs add nothing to this issue and therefore, should not be admitted.

RESPECTFULLY SUBMITTED,
THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. CT05106

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\MOTION IN LIMINE MEMO OF LAW 1-07.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on January 9, 2007 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\MOTION IN LIMINE MEMO OF LAW 1-07.DOC