UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | |
| | : | |
| VS. | : | NO. 3:02CV1523 (CFD) |
| | : | |
| JOHN CASCIO and | : | |
| MICHAEL D'AMATO | : | JANUARY 9, 2007 |

**PLAINTIFF'S PROPOSED VERDICT FORM**

**I    FALSE ARREST**

1. Did the defendant Cascio falsely arrest the plaintiff?

    Yes_____        No_____

2. Did the defendant D'Amato falsely arrest the plaintiff?

    Yes_____        No_____

3. If you have answered "yes" to either Question 1 or Question 2, or to both Question 1 and Question 2, what amount of money do you award the plaintiff to compensate him for injuries caused by the false arrest?

    $_____

    4. If you answered "yes" to Question 1, what amount of punitive damages, if any, do you award the plaintiff against defendant Cascio for falsely arresting him?

        $_____

    5. If you answered "yes" to Question 2, what amount of punitive damages, if any, do you award the plaintiff against defendant D'Amato for falsely arresting him?

        $_____

**II    MALICIOUS PROSECUTION**

    6. Is defendant Cascio legally responsible for maliciously prosecuting the plaintiff?

        Yes_____        No_____

    7. Is defendant D'Amato legally responsible for maliciously prosecuting the plaintiff?

        Yes_____        No_____

8. If you have answered "yes" to either Question 6 or Question 7, or to both Question 6 and Question 7, what amount of money do you award the plaintiff to compensate him for injuries caused by malicious prosecution?

$_____

9. If you answered "yes" to Question 6, what amount of punitive damages, if any, do you award the plaintiff against defendant Cascio for maliciously prosecuting him?

$_____

10. If you answered "yes" to Question 7, what amount of punitive damages, if any, do you award the plaintiff against defendant D'Amato for maliciously prosecuting him?

$_____

        THE PLAINTIFF


BY_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax: 203.776.9494
       E-Mail: jrw@johnrwilliams.com
       His Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


       _____/s/_____
       JOHN R. WILLIAMS