UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 3:02-CV-1523 (CFD) |
| : | |
| JOHN CASCIO and : | |
| MICHAEL D'AMATO : | |
|     Defendants. | |

**PRETRIAL ORDER**

    In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on January 5, 2007. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff(s) counsel:    John Williams

    Defendant(s) counsel:    Hugh Keefe

1. <u>Jury Selection</u>

   Jury selection will be held on **January 17, 2007.** The evidence will begin **January 22, 2007 at 10:00 a.m.** The trial will last **3-4 days**.

   The parties will be selecting **9** jurors.

   The plaintiff has **3** peremptory challenges.

   The defendants have **3** peremptory challenges.

   At jury selection the Court will read a description of the case given to counsel at the pretrial conference.

2. <u>Jurisdiction</u>

   The parties agree that the Court has personal and subject matter jurisdiction over this case.

3. <u>Applicable Law</u>

   The parties agree that there are no state law claims.

4.    Opening Statement

   The parties will each be allowed <u>10</u> minutes for their opening statements at trial.

5.    Evidentiary Issues

   The operative pleadings are the complaint dated **August 29, 2002,** and the answer and affirmative defenses dated **September 11, 2002.**

   A final list of joint stipulations is due **at jury selection on January 17, 2007.**

   There **will be** sequestration of witnesses during the trial.

   Any objections to the preliminary jury instructions are due by **January 17, 2007** at **9:30 a.m.**

   Any objections to exhibits are due by **January 17, 2007** at **9:30 a.m.**

   Exhibits will be marked on **January 17, 2007** at **9:30 a.m.**

   Revised jury charges are due by **January 17, 2007** at **9:30 a.m.**

   Proposed revised verdict forms are due by **January 17, 2007** at **9:30 a.m.**

6.    Motions in Limine

   The hearing shall be **January 17, 2007 after jury selection.**

7.    Electronic Courtroom Equipment

   Counsel will use the Court's equipment.

8.    Objections

   Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this   11th   day of January 2007.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**