UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | |
| | : | |
| VS. | : | NO. 3:02CV1523 (CFD) |
| | : | |
| JOHN CASCIO and | : | |
| MICHAEL D'AMATO | : | JANUARY 12, 2007 |

**<u>CONSENT MOTION TO ADJOURN JURY SELECTION AND TRIAL</u>**

 The plaintiff respectfully moves, upon consent of the defendants, to adjourn the trial of this action to February 20, 2007, with jury selection to take place at this court's scheduled jury selection date in February. In support of this motion, the plaintiff represents that he has nonrefundable tickets for a trip abroad with his children commencing January 25, 2007, three days after the scheduled start of evidence in this case. The plaintiff has just advised his undersigned attorney that a medical condition will require him to undergo a debilitating course of medication for the three days immediately prior to his departure, which will prevent him from participating in his trial on the date presently scheduled.

 Defense counsel has no objection to this motion.

        THE PLAINTIFF


    BY     /s/
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax: 203.776.9494
       E-Mail: jrw@johnrwilliams.com
       His Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


        /s/
       JOHN R. WILLIAMS