UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RANDALL C. HOLMAN | : | |
| | : | |
| VS. | : | NO. 3:02CV1523 (CFD) |
| | : | |
| JOHN CASCIO and | : | |
| MICHAEL D'AMATO | : | JANUARY 12, 2007 |

## PLAINTIFF'S REVISED EXHIBIT LIST

1     Police Reports

2     Withdrawn

3     Court records

THE PLAINTIFF

BY_____/s/_____
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                203.562.9931
                Fax: 203.776.9494
                E-Mail: jrw@johnrwilliams.com
                His Attorney

<u>CERTIFICATION</u>

_____This is to certify that a copy of the foregoing was mailed on the date

above stated, with attached copies of the proposed exhibits,  to:

Hugh F. Keefe, Esq.
52 Trumbull Street
New Haven, CT 06510


_____/s/_____
John R. Williams