UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN | : |
| v. | : CASE NO. 3:02CV1523 (CFD) |
| JOHN CASCIO<br>MICHAEL D' AMATO | : |

## JUDGMENT

This matter came before the Court for a trial before a jury and the Honorable Christopher F. Droney, United States District Judge; and

On March 1, 2007, after deliberation, the jury having returned a verdict for the defendants; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the defendants.

Dated at Hartford, Connecticut, this 2nd day of March, 2007.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk