

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. HOLMAN : | CASE NO. 3:02-CV-1523(CFD) |
| v. : | |
| JOHN CASCIO and MICHAEL D'AMATO : | MARCH 1, 2007 |

## DEFENDANTS' REQUESTED JURY INSTRUCTION

The Defendants, John Cascio and Michael D'Amato, hereby request that the following jury instruction be given:

In deciding whether the plaintiff has proven his claims, I caution you that the defendants' actions are not to be judged with the benefit of "20/20 hindsight." Police officers must make instant judgments, often while engaged in a physical struggle. The law does not punish officers for mistakes in judgment in such circumstances. Instead, you may find the officers liable only if the plaintiff has proven that the officers' judgments were unreasonable in the circumstances as they appear to the officer at the time and at the scene of the incident. The calculus of reasonableness must embody allowance for the fact that police officers are often forced to make split-second judgments-in circumstances that are tense, uncertain, and rapidly evolving.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\REQUESTED JURY INSTRUCTION 2-07.DOC

Graham v. Connor, 490 U.S. 386, 396-397 (1989).

THE DEFENDANTS
JOHN CASCIO and MICHAEL D'AMATO

BY: _____
HUGH F. KEEFE
NANCY F. MYERS
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275

**CERTIFICATION**

I hereby certify that a copy of the above was delivered on March 1, 2007 to all counsel and pro se parties of record as follows:

Joseph M. Merly
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\HOLMAN, RANDALL\PLEADINGS\REQUESTED JURY INSTRUCTION 2-07.DOC