UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDALL C. HOLMAN
    Plaintiff

CASE NUMBER:

v.

3:02CV1523 (CFD)

JOHN CASCIO AND MICHAEL D'AMATO
    Defendants.

## VERDICT FORM

COURT'S EXHIBIT
02CV1523 CFD
5

-1-

**SECTION I**            **FALSE ARREST CLAIM**

1a. Do you find defendant John Cascio liable for violating plaintiff Randall Holman's constitutional right to be free from false arrest?

       Yes _____            No **X**

1b. Do you find defendant Michael D'Amato liable for violating plaintiff Randall Holman's constitutional right to be free from false arrest?

       Yes _____            No **X**

**If you have answered Yes to questions 1a or 1b please proceed to question 2 below. If you answered "No" to both 1a and 1b proceed to Section IV.**

2a. Answer this question **only if** you answered "yes" to question 1a and/or 1b: What amount do you award Mr. Holman as compensatory damages or nominal damages for the violation of his right under the U.S. Constitution to be free from false arrest?

         $_____

**Please proceed to Section II.**

**SECTION II** (Only to be answered if you answered "Yes" to questions 1a and/or 1b in Section I)

1. Was it objectively reasonable for Officer Cascio to believe that there was probable cause to arrest Mr. Holman for Criminal Trespass?

    Yes _____      No _____

2. Was it objectively reasonable for Officer Cascio to believe that there was probable cause to arrest Mr. Holman for Interfering with an Officer?

    Yes _____      No _____

3. Was it objectively reasonable for Officer Cascio to believe that there was probable cause to arrest Mr. Holman for Breach of Peace?

    Yes _____      No _____

4. Was it objectively reasonable for Officer D'Amato to believe that there was probable cause to arrest Mr. Holman for Criminal Trespass?

    Yes _____      No _____

5. Was it objectively reasonable for Officer D'Amato to believe that there was probable cause to arrest Mr. Holman for Interfering with an Officer?

    Yes _____      No _____

6. Was it objectively reasonable for Officer D'Amato to believe that there was probable cause to arrest Mr. Holman for Breach of Peace?

Yes _____          No _____

**Please proceed to Section III.**

## SECTION III

    A.    **PUNITIVE DAMAGES**

1a. If you determined that Officer Cascio violated Mr. Holman's federal constitutional right in Section One, do you award punitive damages to Mr. Holman for the violation of that federal constitutional right?

    \_\_\_\_\_Yes        If yes: amount $_____
    \_\_\_\_\_No

1b. If you determined that Officer D'Amato violated Mr. Holman's federal constitutional right in Section One, do you award punitive damages to Mr. Holman for the violation of that federal constitutional right?

    \_\_\_\_\_Yes        If yes: amount $_____
    \_\_\_\_\_No

**Please proceed to Section IV.**

## MALICIOUS PROSECUTION
**SECTION IV**

1. Did the *nolled* state criminal charges against Mr. Holman constitute a favorable termination of the charges in Mr. Holman's favor?

    Yes _____          No __X__

2a. Do you find defendant John Cascio liable for violating plaintiff Randall Holman's constitutional right to be free from malicious prosecution?

    Yes _____          No __X__

2b. Do you find defendant Michael D'Amato liable for violating plaintiff Randall Holman's constitutional right to be free from malicious prosecution?

    Yes _____          No __X__

**If you have answered Yes to questions 2a or 2b please proceed to question 3 below. If you answered "No" to both 2a and 2b proceed to Section VII.**

3a. Answer this question **only if** you answered "yes" to question 2a and/or 2b: What amount do you award Mr. Holman as compensatory damages or nominal damages for the violation of his right to be free from malicious prosecution under the U.S. Constitution?

    $_____

**Proceed to Section V.**

**SECTION V** **(Only to be answered if you answered "Yes" to questions 2a and/or 2b in Section IV)**

1. Was it objectively reasonable for Officer Cascio to believe that there was probable cause that Mr. Holman would be convicted of Breach of Peace?

    Yes _____    No _____

2. Was it objectively reasonable for Officer Cascio to believe that there was probable cause that Mr. Holman would be convicted of Interfering with an Officer?

    Yes _____    No _____

3. Was it objectively reasonable for Officer Cascio to believe that there was probable cause that Mr. Holman would be convicted of Criminal Trespass?

    Yes _____    No _____

4. Was it objectively reasonable for Officer D'Amato to believe that there was probable cause that Mr. Holman would be convicted of Breach of Peace?

    Yes _____    No _____

5. Was it objectively reasonable for Officer D'Amato to believe that there was probable cause that Mr. Holman would be convicted of Interfering with an Officer?

    Yes _____    No _____

6. Was it objectively reasonable for Officer D'Amato to believe that there was probable cause that Mr. Holman would be convicted of Criminal Trespass?

Yes _____        No _____

**Please proceed to Section VI.**

**SECTION VI**

    A.    **PUNITIVE DAMAGES**

        1a.    If you determined that Officer Cascio violated Mr. Holman's federal constitutional right in Section Four, do you award punitive damages to Mr. Holman for the violation of that federal constitutional right?

            _____ Yes        If yes: amount $_____
            _____ No

        1b.    If you determined that Officer D'Amato violated Mr. Holman's federal constitutional right in Section Four, do you award punitive damages to Mr. Holman for the violation of that federal constitutional right?

            _____ Yes        If yes: amount $_____
            _____ No

**Please proceed to Section VII.**

## SECTION VII

Your deliberations are now complete, and you should have your jury foreperson sign in the space provided.

_____
Signature of Foreperson     3/1/2007